#331476

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

Travis Leblanc and Edward Felten

CIVIL ACTION NO.: 1:25-CV-00542-RBW

vs

*Plaintiff*

United States Privacy and Civil Liberties Oversight Board, et al.

*Defendant*

## PROOF OF SERVICE

I am not a party herein, am over 18 years of age and reside in Washington, D.C.,

That on **02/25/2025** at **2:59 PM** at **601 D St., NW, 7th Fl., Washington DC, 20530**

I served a(n) **Summons in a Civil Action and Complaint, 6 Summons in a Civil Action, Notice of Right to Consent to Trial Before United States Magistrate Judge, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, Civil Cover Sheet**

on **United States Attorney's Office for the District of Columbia c/o Civil Process Clerk**,

by delivering thereat a true copy of each to **Elena Haramalis** personally, who stated that he/she is **authorized to accept service** thereof.

Description Of Person Served Based On Undersigned's Perception:
Gender: Female
Race: White
Hair: Brown
Age: 30 - 40 Yrs.
Height: 5' 0" - 5' 3"
Weight: 131-160 Lbs.
Other:

I declare under penalty of perjury that the forgoing is true and correct.

Date: 02-26-2025

*[signature]*
Myesha Joseph

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| TRAVIS LEBLANC, et al.<br><br>*Plaintiff(s)*<br>v.<br><br>UNITED STATES PRIVACY AND CIVIL LIBERTIES OVERSIGHT BOARD, et al.<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-00542-RBW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Attorney's Office for the District of Columbia
c/o Civil Process Clerk
United States Attorney's Office for the District of Columbia
601 D Street, NW
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Elisabeth S. Theodore
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-5000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 2/25/2025

/s/ Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*