UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRAVIS LEBLANC, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>UNITED STATES PRIVACY AND CIVIL LIBERTIES OVERSIGHT BOARD,<br><br>      Defendants. | Civil Action No. 25-0542 (RBW) |

## JOINT MOTION FOR EXPEDITED CONSIDERATION OF CROSS-MOTIONS FOR SUMMARY JUDGMENT AND TO SET A BRIEFING SCHEDULE

In an effort to avoid piecemeal briefing and additional motions practice regarding a motion for preliminary injunction, the parties have met and conferred regarding a proposed briefing schedule. The parties respectfully request that the Court expedite consideration of the forthcoming cross-motions for summary judgment and enter the briefing schedule proposed below.

1. As alleged in the Amended Complaint, this case concerns the removal of Plaintiffs from the United States Privacy and Civil Liberties Oversight Board.

2. Plaintiffs filed their Complaint on February 24, 2025. Plaintiffs filed a First Amended Complaint on March 12, 2025.

3. The parties, working together cooperatively, have conferred and propose the schedule set forth herein to govern further proceedings. The parties have developed this scheduling proposal to allow for expedited summary judgment briefing and to avoid motions practice that would ensue if Plaintiffs were to move for preliminary injunctive relief. Other courts in this district have recently resolved similar cases via expedited summary judgment proceedings. *See, e.g.*, Minute Order, *Wilcox v. Trump*, No. 25-cv-00335-BAH (D.D.C. Feb. 11, 2025) (ordering

expedited summary judgment briefing in challenge to the President's decision to fire a member of the National Labor Relations Board).

4. Plaintiffs agree to stay the answer requirement. *See, e.g.*, Min. Order, *Hight v. Dep't of Homeland Sec.*, Civ. A. No. 21-3277 (RJL) (D.D.C. Aug. 17, 2022).

5. The parties propose the following briefing schedule:

   a. March 12, 2025: Filing of Plaintiffs' motion for summary judgment;

   b. April 3, 2025: Combined cross-motion for summary judgment and opposition by Defendants;

   c. April 16, 2025: Combined cross-motion opposition and reply by Plaintiffs;

   d. April 23, 2025: Reply by Defendants.

6. The parties request that the Court give expedited consideration to the parties' briefing and issue a decision as soon as practicable consistent with the Court's other obligations.

7. Plaintiffs state in support of that request that there is good cause to expedite this matter under 28 U.S.C. § 1657. Plaintiffs state that the removal of Plaintiffs from the Privacy and Civil Liberties Oversight Board has left the Board without a quorum and unable to perform its statutorily mandated functions, and Plaintiffs respectfully submit that prompt resolution of the parties' cross-motions for summary judgment is essential to allow the Board to resume its vital work. In particular, the Board at the time of Plaintiffs' removals was working on a report on Section 702 of the Foreign Intelligence Surveillance Act intended to assist Congress in advance of the upcoming deadline for reauthorization of Section 702. As detailed in the declarations Plaintiffs will shortly submit in support of summary judgment, Plaintiffs state that is highly unlikely that that report will be able to be completed in advance of the reauthorization deadline if they are not reinstated.

8. A proposed order is respectfully enclosed.

Dated: March 12, 2025  Respectfully submitted,
Washington, DC

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:        /s/ Douglas C. Dreier
DOUGLAS C. DREIER, D.C. Bar #1020234
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2551

*Attorneys for the United States of America*

By: */s/ Elisabeth S. Theodore*
Elisabeth S. Theodore (D.C. Bar No. 1021029)
Daniel Yablon (D.C. Bar. No. 90022490)
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-5000
elisabeth.theodore@arnoldporter.com
daniel.yablon@arnoldporter.com

Caleb Thompson*
ARNOLD & PORTER
KAYE SCHOLER LLP
250 West 55th St.
New York, NY 10019
Tel: (212) 836-8000

*Counsel for Plaintiffs Travis LeBlanc and Edward Felten*

*application for admission pending

- 3 -