IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRAVIS LEBLANC, et al.,<br><br>        *Plaintiffs*,<br><br>v.<br><br>UNITED STATES PRIVACY AND CIVIL LIBERTIES OVERSIGHT BOARD, et al.,<br><br>        *Defendants*. | Civil Action No. 25-542 (RBW) |

## DECLARATION OF TRAVIS LEBLANC

I, Travis LeBlanc, declare as follows:

1. This declaration is based on my personal knowledge and belief. I am over eighteen years of age and competent to testify to the matters set forth herein.

2. In August 2018, I was nominated by President Donald J. Trump to be a Board member of the United States Privacy and Civil Liberties Oversight Board ("PCLOB" or "the Board") for a term expiring January 29, 2022. In January 2019, President Trump renominated me to be a Board member on the PCLOB, also for a term expiring January 29, 2022. President Trump consulted with Senate Minority Leader Chuck Schumer and then-Speaker Nancy Pelosi on my nomination and re-nomination. On June 27, 2019, the U.S. Senate unanimously confirmed me as a Board member of the PCLOB for a term expiring January 29, 2022. I became a PCLOB Board member in July 2019 after President Trump and Secretary of State Michael Pompeo executed the Presidential commission appointing me to serve on the Board for a term expiring January 29, 2022.

3. On March 29, 2022, during my first term holdover period, I was renominated by President Joseph R. Biden, Jr. for a term expiring on January 29, 2028. On September 14, 2022, I was

reconfirmed unanimously by the Senate to a term expiring on January 29, 2028.  On September 16, 2022, President Biden and Secretary of State Antony Blinken executed the Presidential commission appointing me to continue to serve on the Board for a term expiring on January 29, 2028.

4. By statute, PCLOB Board members are required to be appointed "on the basis of their professional qualifications, achievements, public stature, expertise in civil liberties and privacy, and relevant experience."  I have extensive experience and expertise in civil liberties and privacy that are relevant to my service as a Board member.  Currently, I am the global co-chair of the cyber/data/privacy practice at Cooley LLP where I have been a partner since 2019.  Previously, I worked at the Department of Justice's Office of Legal Counsel.  I have also served as a senior adviser and a special assistant attorney general of California, where I oversaw litigation and policy in areas including cybersecurity and privacy.  From 2014 to 2017, I was chief of the Enforcement Bureau at the Federal Communications Commission, where my responsibilities included overseeing all enforcement of U.S. telecommunications laws, including consumer protection and national security, privacy, cybersecurity, and public safety.  During President Trump's first administration, the Department of Commerce and the European Commission jointly appointed me an arbitrator for disputes under the EU-US Data Privacy Framework, a now-defunct bilateral agreement between the United States and Europe that permitted organizations to transfer personal data about Europeans to the United States (consistent with the terms of the agreement). Additionally, I have served on the nonprofit boards of the International Association of Privacy Professionals, Center for Democracy & Technology, Truman Center for National Policy, as well as the advisory boards of the Electronic Privacy Information Center and the Center for Information Technology Policy.  I have an LL.M. from the University of Cambridge, a J.D. from Yale Law School, an M.P.A. from Harvard Kennedy School, and an A.B. from Princeton University.

5.      As of January 20, 2025, the Board had a quorum with four members: myself, Ed Felten, Beth Williams, and Sharon Bradford Franklin, the chair. Ms. Bradford Franklin's term, which had been extended by one year pursuant to the statutory holdover provision, was set to expire on January 29, 2025. Dr. Felten, Ms. Bradford Franklin, and I are Democrats, while Ms. Williams is a Republican.

6.      On Tuesday, January 21, 2025, at 6:54 p.m., I received an email from Deputy Director of Presidential Personnel Trent Morse, sent from a White House email address, with the subject line "Privacy and Civil Liberties Oversight Board." The email stated:

> On behalf of President Donald J. Trump, I am writing to request your resignation as a Member of the Privacy and Civil Liberties Oversight Board. Please submit your resignation to me by the close of business on Thursday, January 23, 2025. If we have not received your resignation by that time, your position will be terminated. Should the President determine your services are still needed, you will receive additional correspondence.

A copy of that email is attached as Exhibit A.

7.      Mr. Morse's email did not identify any cause or offer any explanation for the requested resignation or for the threatened termination.

8.      Dr. Felten and the chair of the PCLOB, Ms. Bradford Franklin, advised me that they received similar emails threatening to terminate them without cause.

9.      I was not provided advance notice, a hearing, or any other process prior to the President's decision to terminate me.

10.     I did not, and have not, resigned.

11.     On Thursday, January 23, staff members at the PCLOB advised me that another PCLOB Board member, Beth Williams, had informed staff that the three Democratic Board members would be terminated that evening. Staff members also advised me that she ordered PCLOB staff to stay past the close of business that day for the purpose of effectuating our

3

anticipated removals from the Board, including removing us as active Board members on the PCLOB website.

12.     I did not receive any notice of any termination by the President on Thursday, January 23; Friday, January 24; Saturday, January 25; or Sunday, January 26.

13.     PCLOB staff have advised me that, on Monday, January 27, 2025, Mr. Morse notified Ms. Williams to terminate me and my fellow Board members Dr. Felten and Ms. Bradford Franklin.  PCLOB staff advised me that Ms. Williams then directed PCLOB staff to cut off my access to my PCLOB email account, revoke my access to the PCLOB's offices, remove me from the PCLOB website as an active Board member, and terminate me from the agency.

14.     On Monday, January 27, I received a notification via Microsoft Outlook that I had been locked out of my PCLOB email account.

15.     Subsequently on Monday, January 27, I received, via my non-government email address, an email from Mr. Morse, with the subject line "Privacy and Civil Liberties Oversight Board."  The email stated:

> Hello,
>
> This email confirms that your position on the Privacy and Civil Liberties Oversight Board was terminated on Thursday, January 23, 2025 at 17:01.

I responded with an email requesting a copy of the Presidential action.  Mr. Morse responded with an email stating in its entirety: "This email serves as the Presidential action."  A copy of this email exchange is attached as Exhibit B.

16.     Mr. Morse's email did not offer any cause or offer any explanation for my termination.

17.     The President has not informed me in any other way that he believes that I have committed neglect of duty or malfeasance or that there is any other cause for my removal.

4

18. Dr. Felten and Ms. Bradford Franklin were also purportedly terminated on January 27, 2025.

19. The PCLOB now lacks the quorum necessary to conduct its statutorily-mandated functions.

20. Prior to my purported termination, I was working on PCLOB's mandatory semi-annual report to Congress, an important report on the use of facial recognition technology in aviation security, and a forthcoming report to Congress on Section 702 of the Foreign Intelligence Surveillance Act (among other projects). Authority for Section 702 is set to expire in April 2026, and Congress will be considering whether to re-authorize Section 702, and under what terms, in the coming year. Collecting information and drafting the report will take many months, after which the report will need to clear an extensive accuracy and classification review—meaning that if Dr. Felten and I are not reinstated, it is highly unlikely that Congress will have the benefit of this nonpartisan report before Congress is required to act on the Section 702 reauthorization.

21. As a result of the purported termination, I am unable to carry out my statutorily mandated duties as a Senate-confirmed member of the PCLOB.

22. I seek reinstatement so that I can fulfill the duties for which the President nominated and the Senate confirmed me, and a monetary award would not adequately compensate me for the injury caused by my purported termination.

I declare under penalty of perjury of the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed in London, England, on March 12, 2025.

*Travis LeBlanc*
Travis LeBlanc

Exhibit A

**From:** Morse, Trent M. EOP/WHO <Trent.M.Morse@who.eop.gov>
**Sent:** Tuesday, January 21, 2025 6:54 PM
**To:** travis.leblanc@pclob.gov; LeBlanc, Travis <tleblanc@cooley.com>; grleb61@gmail.com; leblanc112001@yahoo.com
**Subject:** Privacy and Civil Liberties Oversight Board

**[External]**

Travis,

On behalf of President Donald J. Trump, I am writing to request your resignation as a Member of the Privacy and Civil Liberties Oversight Board. Please submit your resignation to me by the close of business on Thursday, January 23, 2025. If we have not received your resignation by that time, your position will be terminated. Should the President determine your services are still needed, you will receive additional correspondence.

Trent Morse

Deputy Director of Presidential Personnel

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

# Exhibit B

**From:** Morse, Trent M. EOP/WHO <Trent.M.Morse@who.eop.gov>
**Sent:** Monday, January 27, 2025 3:28 PM
**To:** LeBlanc, Travis <tleblanc@cooley.com>
**Cc:** Richard Morgan (Richard.Morgan@pclob.gov) <Richard.Morgan@pclob.gov>
**Subject:** RE: Privacy and Civil Liberties Oversight Board

**[External]**

This email serves as the Presidential action.

**From:** LeBlanc, Travis <tleblanc@cooley.com>
**Sent:** Monday, January 27, 2025 3:20 PM
**To:** Morse, Trent M. EOP/WHO <Trent.M.Morse@who.eop.gov>
**Cc:** Richard Morgan (Richard.Morgan@pclob.gov) <Richard.Morgan@pclob.gov>
**Subject:** [EXTERNAL] RE: Privacy and Civil Liberties Oversight Board

Hi Trent –

Could you please send me a copy of the Presidential action? As a Board Member, I can assume office only with the nomination of the President, confirmation by the Senate, and a commission executed by the President. I would appreciate if you could send me the official Presidential action or notify me of whom I should contact to receive that.

Thanks,

Travis

**From:** Morse, Trent M. EOP/WHO <Trent.M.Morse@who.eop.gov>
**Sent:** Monday, January 27, 2025 2:44 PM
**To:** Morse, Trent M. EOP/WHO <Trent.M.Morse@who.eop.gov>
**Cc:** Richard Morgan <Richard.Morgan@pclob.gov>
**Subject:** Privacy and Civil Liberties Oversight Board

**[External]**

Hello,

This email confirms that your position on the Privacy and Civil Liberties Oversight Board was terminated on Thursday, January 23, 2025 at 17:01.

**From:** Morse, Trent M. EOP/WHO
**Sent:** Tuesday, January 21, 2025 6:55 PM
**Subject:** Privacy and Civil Liberties Oversight Board

On behalf of President Donald J. Trump, I am writing to request your resignation as a Member of the Privacy and Civil Liberties Oversight Board. Please submit your resignation to me by the close of business on Thursday, January 23, 2025. If we have not received your resignation by that time, your position will be terminated. Should the President determine your services are still needed, you will receive additional correspondence.

Trent Morse

Deputy Director of Presidential Personnel

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.