## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| TRAVIS LEBLANC, <u>et al.</u>,                          ) | |
|                                                       ) | |
|                   Plaintiffs,                         ) | |
|                                                       ) | |
|         v.                                            )  Civil Action No. 25-542 (RBW) | |
|                                                       ) | |
| UNITED STATES                                         ) | |
| PRIVACY AND CIVIL LIBERTIES                           ) | |
| OVERSIGHT BOARD, <u>et al.</u>,                        ) | |
|                                                       ) | |
|                   Defendants.                         ) | |
| _____ ) | |

<u>**ORDER**</u>

Upon consideration of the parties' Joint Motion for Expedited Consideration of Cross-Motions for Summary Judgment and to Set a Briefing Schedule, ECF No. 9, and for good cause shown, it is hereby

**ORDERED** that the parties' Joint Motion for Expedited Consideration of Cross-Motions for Summary Judgment and to Set a Briefing Schedule, ECF No. 9, is **GRANTED**.  It is further

**ORDERED** that the plaintiffs shall file their motion for summary judgment on or before March 12, 2025.[1]  It is further

**ORDERED** that, on or before April 3, 2025, the defendants shall file their combined opposition to the plaintiffs' motion for summary judgment and cross-motion for summary judgment.  It is further

---

[1] The plaintiffs filed their motion for summary judgment on March 12, 2025.  <u>See</u> Plaintiffs' Motion for Summary Judgment at 1, ECF No. 10.

**ORDERED** that, on or before April 16, 2025, the plaintiffs shall file their combined opposition to the defendants' cross-motion for summary judgment and a reply in support of their motion for summary judgment.  It is further

**ORDERED** that, on or before April 23, 2025, the defendants shall file a reply in support of their cross-motion for summary judgment.  It is further

**ORDERED** that, on April 30, 2025, at 2:00 p.m., the parties shall appear before the Court for a motion hearing.  The parties shall appear for the motion hearing before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.  It is further

**ORDERED** that, on May 14, 2025, at 9:30 a.m., the parties shall appear before the Court for a status conference, via teleconference, by calling 646-828-7666, entering Meeting ID 161 591 8885 followed by the pound key (#), and then entering the Passcode 984979 followed by the pound key (#).  This status conference will serve as a target date for the resolution of the parties' summary judgment motions.[2]

**SO ORDERED** this 13th day of March, 2025.

REGGIE B. WALTON
United States District Judge

---

[2] In the event that the Court is unable to resolve the motions by this date, the parties will be advised in advance that the status conference will be continued to a later date.