UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRAVIS LEBLANC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES PRIVACY AND CIVIL LIBERTIES OVERSIGHT BOARD, et al., <br><br> Defendants. | Civil Action No. 25-0542 (RBW) |

### DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Defendants, the U.S. Privacy and Civil Liberties Oversight Board, Beth A. Williams, Jennifer Fitzpatrick, Trent Morse, and Donald J. Trump,[1] respectfully oppose Plaintiffs' motion for summary judgment and cross-move for summary judgment pursuant to Federal Rule of Civil Procedure 56. Because there is no genuine issue of material fact, summary judgment should be entered in Defendants' favor.

\* \* \*

---

[1] All individual Defendants were sued in their official capacities.

Dated: April 3, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

EMILY HALL
Counsel to the Assistant Attorney General
Civil Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 307-6482
emily.hall@usdoj.gov

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:     /s/ *Douglas C. Dreier*
DOUGLAS C. DREIER, D.C. Bar #1020234
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2551

*Attorneys for the United States of America*