UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TRAVIS LEBLANC, <u>et al.</u>, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 25-542 (RBW) |
| UNITED STATES PRIVACY AND CIVIL LIBERTIES OVERSIGHT BOARD, <u>et al.</u>, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER**

The Court requiring additional information before resolving the parties' pending cross-motions for summary judgment, it is hereby

**ORDERED** that, on or before May 12, 2025, at 12:00 p.m., the plaintiffs shall file supplemental declarations from each plaintiff explaining the plaintiffs' basis for asserting at the April 30, 2025, motion hearing that they would not be entitled to any back pay under the Back Pay Act, based on the difference between their compensation as part-time members of the Board and their compensation through other employment. Specifically, the Court requires more than a general assertion that their other compensation exceeds their compensation as members of the Board. The plaintiffs may move to file any exhibits to those supplemental declarations under seal, should they wish to do so.

**SO ORDERED** this 9th day of May, 2025.

REGGIE B. WALTON<br>
United States District Judge