**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Travis LeBlanc, *et al.*,

Plaintiffs,

v.

United States Privacy and Civil Liberties Oversight Board, *et al.*,

Defendants.

No. 25-cv-542-RBW

**PLAINTIFFS' NOTICE OF FILING OF SUPPLEMENTAL DECLARATIONS**

Pursuant to the Court's Order of May 9, 2025 (ECF 19), Plaintiffs respectfully submit supplemental declarations from each plaintiff explaining the basis for their assertion at the April 30, 2025, motion hearing that they would not be entitled to any back pay under the Back Pay Act, based on the difference between their compensation as part-time members of the Privacy and Civil Liberties Oversight Board and their compensation through other employment. As set forth in the supplemental declarations, each plaintiff earns more through private employment than they earned (or could earn, under the applicable Executive Pay Schedule) as part-time members of the Board. Thus, the Back Pay Act would not entitle them to any monetary remedy.

Because the Second Supplemental Declaration of Plaintiff Edward Felten includes personal and confidential compensation information, Plaintiffs have filed that declaration under seal, consistent with the Court's direction in its May 9 Order. Plaintiffs have contemporaneously filed a public version of that declaration, with only the confidential compensation information redacted, along with a motion to seal the unredacted declaration.

Dated: May 12, 2025

Respectfully submitted,

*/s/ Elisabeth S. Theodore*
Elisabeth S. Theodore (D.C. Bar No. 1021029)
Daniel Yablon (D.C. Bar. No. 90022490)
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-5000
elisabeth.theodore@arnoldporter.com
daniel.yablon@arnoldporter.com

Caleb Thompson
ARNOLD & PORTER
KAYE SCHOLER LLP
250 West 55th St.
New York, NY 10019
Tel: (212) 836-8000

*Counsel for Plaintiffs Travis LeBlanc and Edward Felten*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2025, the foregoing notice was served via ECF to all counsel of record.

*<u>/s/ Elisabeth S. Theodore</u>*

Elisabeth S. Theodore
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-5000