# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRAVIS LEBLANC; EDWARD FELTEN, <br><br> *Plaintiffs*, <br><br> *v.* <br><br> U.S. PRIVACY AND CIVIL LIBERTIES OVERSIGHT BOARD, et al., <br><br> *Defendants*. | Civil Action No. 1:25-cv-542-RBW |

## DEFENDANTS' NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit the Court's May 21, 2025 Order, *see* ECF No. 25, and Memorandum Opinion, *see* ECF No. 24.

Dated: May 27, 2025                                   Respectfully submitted,


                                              YAAKOV M. ROTH
*Acting Assistant Attorney General*

/s/ *Emily Hall*_____
EMILY HALL, D.C. Bar No. 1780317
*Counsel to the Assistant Attorney General*
Civil Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 307-6482
emily.hall@usdoj.gov

JEANINE FERRIS PIRRO
United States Attorney

DOUGLAS C. DREIER
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
Tel: (202) 252-2551

*Counsel for Defendants*