UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRAVIS LEBLANC, et al.,

        Plaintiffs,

    v.

UNITED STATES PRIVACY AND CIVIL
LIBERTIES OVERSIGHT BOARD, et al.,

        Defendants.

Civil Action No. 25-0542 (RBW)

## SUBSTITUTION OF COUNSEL

        The Clerk of the Court will please enter the appearance of Assistant United States Attorney

Dimitar P. Georgiev and remove the appearance of Assistant United States Attorney Douglas C.

Dreier, as counsel for Federal Defendants in the above-captioned case.

Dated: November 14, 2025        Respectfully submitted,

        JEANINE FERRIS PIRRO
        United States Attorney

        By:        */s/ Dimitar P. Georgiev*
        Dimitar P. Georgiev, D.C. Bar #1735756
        Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        (202) 252 – 7678

        *Attorneys for the United States of America*